557 A.2d 1061

**PENNSYLVANIA MORTGAGE BANKERS ASSOCIATION and Consolidated Real Estate Service Co., t/a Cresco Mortgage Service, Appellants,**

v.

**Honorable Ernest D. PREATE, Jr., Attorney General of the Commonwealth of Pennsylvania, and Independent Regulatory Review Commission.**

Supreme Court of Pennsylvania.

Argued May 2, 1989.

Decided May 10, 1989.

Richard B. Wickersham, for appellant.

Edward A. Bertele, pro hac vice.

Thomas B. York, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.